| | |
|---|---|
| 1 | Mark Ankcorn, SBN 166871 |
| | ANKCORN LAW FIRM |
| 2 | 9845 Erma Road, Suite 300 |
| | San Diego, CA 92131 |
| 3 | Telephone: (619) 870 0600 |
| | Facsimile: (619) 684-3541 |
| 4 | Email: mark@markankcorn.com |

Gayle M. Blatt, SBN 122048
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD, LLP
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
Email: gmb@cglaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN O'BRIEN, on behalf of herself individually and all others similarly situated, | Case No. 11cv1822 BTM BGS |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| AMERICAN EXPRESS COMPANY, | |
| Defendant. | |

The undersigned hereby notifies this Court that the following attorney hereby associates as additional Plaintiffs' counsel in this action:

> Gayle M. Blatt, SBN 122048
> CASEY GERRY SCHENK
> FRANCAVILLA BLATT & PENFIELD LLP
> 110 Laurel Street
> San Diego, CA 92101
> Telephone: (619) 238-1811
> Facsimile: (619) 544-9232
> Email: gmb@cglaw.com

and requests that she be added as *Attorney to be Noticed* on the Court's ECF system.

1  Please copy all case documents, pleadings and discovery in this action also
2  upon Gayle M. Blatt at Casey Gerry Schenk Francavilla Blatt & Penfield LLP

4  DATED: April 13, 2012                CASEY GERRY SCHENK
                                        FRANCAVILLA BLATT & PENFIELD, LLP


                                        *s/Gayle M. Blatt*
                                        Gayle M. Blatt
                                        Attorneys for Plaintiff
                                        Email: gmb@cglaw.com