Mark Ankcorn (166871)
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, California 92101
(619) 238-1811
(619) 544-9232  fax
*mark@cglaw.com*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Karin O'Brien**, on behalf of herself and all others similarly situated, | Case No. 11-1822 BTM (BGS) |
| Plaintiff, | **Joint Motion to Dismiss Without Prejudice** |
| v. | |
| **American Express Company**, | |
| Defendant. | |

Plaintiff Karin O'Brien and Defendant American Express Company (together the "Parties") jointly move for an order dismissing the present action without prejudice and state as follows:

1.  Plaintiff filed the Complaint in this matter on August 16, 2011, seeking equitable and legal relief for American Express' violations of federal law, specifically the Telephone Consumer Protection Act, 47 U.S.C. § 227, on behalf of herself and all others similarly situated.

2.  Defendant responded by moving to compel arbitration on an individual basis and Plaintiff requested limited discovery on the issue of unconscionability and contract formation.

3.  Defendant produced discovery on those limited issues and renewed its motion to compel arbitration under the terms of the written cardmember agreement governing Plaintiff's consumer credit card.

4. Based upon the information obtained during discovery, recent decisions of state and federal courts considering the issue of arbitration and class action waivers in consumer financial contracts, as well as discussions between counsel for the Parties, Plaintiff notified Defendant that she would withdraw her opposition to arbitration on an individual basis of the claims asserted against Defendant.

5. Defendant formally demanded arbitration before JAMS under the terms of agreement governing Plaintiff's credit card account by written letter dated December 20, 2012.

6. Plaintiff agreed to proceed to arbitration and on December 21, 2012, Defendant withdrew its motion to compel arbitration without prejudice.

7. The Parties now move to dismiss all claims pending in the present litigation, without prejudice to the parties' seeking to reopen the case to enforce any arbitration award.

Respectfully submitted,

Dated: January 15, 2013

CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD LLP

*/s/ Mark Ankcorn*
Attorneys for Plaintiff Karin O'Brien

Dated: January 15, 2013

STROOCK & STROOCK & LAVAN LLP

*/s/ Jason S. Yoo*
Attorneys for Defendant
American Express Company

| | |
|---|---|
| 1 | **<u>Certification Pursuant to Local ECF Rule 2(f)(4)</u>** |
| 2 | I hereby certify that the content of the document is acceptable to all persons required to |
| 3 | sign the document and that I have obtained authorization for the electronic signature of all parties |
| 4 | to this document. |
| 5 | */s/ Mark Ankcorn* |