# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN O'BRIEN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN EXPRESS COMPANY,<br><br>　　　　　　　　　　　　　Defendant. | Case No. 11cv01822 BTM (BGS)<br><br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

Pursuant to the Joint Motion of the parties and for good cause appearing, the present action is hereby dismissed **without prejudice**.

**IT IS SO ORDERED.**

DATED:  January 16, 2013

　　　　　　　　　　　　　　　　　　　　　　 /s/ Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　BARRY TED MOSKOWITZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court